AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  13Cr10017 JCT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Alexis Hidalgo ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute heroin in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

Date: 1/16/2013

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____ <br><br> _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   $13 CT / 0017 JLT$ |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jonathan Dasilva                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)
Distribution of Marijuana in violation of 21 U.S.C. § 841(a)(1)
Distribution of Oxycodone in violation of 21 U.S.C. § 841(a)(1)
Possession of Firearm and Ammunition in violation of 18 U.S.C. § 922 (g)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:   1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____ |
|  *Arresting officer's signature* |
| |
|  *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Alexis Hidalgo, et al<br>*Defendant* | )<br>)<br>)   Case No.  /3Cf/0017 JLT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    John Alves                                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment          [ ] Superseding Indictment      [ ] Information      [ ] Superseding Information      [ ] Complaint

[ ] Probation Violation Petition          [ ] Supervised Release Violation Petition      [ ] Violation Notice      [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of marijuana in violation of 21 U.S.C. § 841(a)(1)

> HON. ROBERT B. COLLINGS
> UNITED STATES MAGISTRATE JUDGE
> United States District Court
> John Joseph Moakley United States Courthouse
> 1 Courthouse Way, Suite 7420
> Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts                          United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____          _____<br>                                                      *Arresting officer's signature*<br><br>                                                      _____<br>                                                      *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. *13 cf /0017 J4T* |
| | ) | |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Hamza Awil
,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

*Issuing officer's signature*

City and state:      Boston, Massachusetts

United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No. 13cr 10017 JLT |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Benjamin Baptista                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____     _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. *13 Cr 10017 JLT* |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jeremia Barbosa                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment     [ ] Superseding Indictment     [ ] Information     [ ] Superseding Information     [ ] Complaint
[ ] Probation Violation Petition     [ ] Supervised Release Violation Petition     [ ] Violation Notice     [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Date:  1/16/2013      John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210                              *Issuing officer's signature*

City and state:    Boston, Massachusetts                      United States Magistrate Judge Robert B. Collings
                                                                   *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____         _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

Case No. 13 CF 10017 JCT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Maurice Barnett                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

*Issuing officer's signature*

City and state:      Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                            _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  13cr 10017 JLT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jackson Barros                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts                        United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature* _____ *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. $13Cf/0017 JLT$ |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Michael Beal                         ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

 

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Date: 1/16/2013    John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420              *Issuing officer's signature*
Boston, Massachusetts 02210
City and state:    Boston, Massachusetts        United States Magistrate Judge Robert B. Collings
                                           *Printed name and title*

| Return |
|---|
|       This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____                      _____ <br>                                     *Arresting officer's signature* <br><br>                       _____ <br>                                       *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. `1 3Cr/0017 JCT` |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joshua Brandao                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013                                      _____
                                                            *Issuing officer's signature*

City and state:   Boston, Massachusetts              United States Magistrate Judge Robert B. Collings
                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____<br>                                                    *Arresting officer's signature*<br><br>                                                    _____<br>                                                    *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  $13CF10017JLT$ |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Julio Collazos                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____           _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  13Cr/0017 JG |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ilton Correia                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of marijuana in violation of 21 U.S.C. § 841(a)(1)


                    HON. ROBERT B. COLLINGS
                    UNITED STATES MAGISTRATE JUDGE
                         United States District Court
                    John Joseph Moakley United States Courthouse
Date:  1/16/2013          1 Courthouse Way, Suite 7420
                         Boston, Massachusetts 02210
                                                          *Issuing officer's signature*

City and state:    Boston, Massachusetts                    United States Magistrate Judge Robert B. Collings
                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____        _____ |
|                                   *Arresting officer's signature* |
| |
|                                   _____ |
|                                   *Printed name and title* |

(Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Alexis Hidalgo, et al<br>*Defendant* | )<br>)<br>)   Case No.   $13 \, CF \, 10017 \, JCT$<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jerry Correia                                                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

| | | | | |
|---|---|---|---|---|
| ✓ Indictment | ☐ Superseding Indictment | ☐ Information | ☐ Superseding Information | ☐ Complaint |
| ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | | ☐ Violation Notice | ☐ Order of the Court |

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____  . |
| Date: _____ |
| _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Alexis Hidalgo, et al | ) | 13 cr 10017 JLT |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lino Correia                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:   1/16/2013

_____
*Issuing officer's signature*

City and state:    Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____       _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 01/09)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Alexis Hidalgo, et al<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   $13 C \Gamma 10017 J^{\sigma 1}$

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alexander Dasilva                                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Date: 1/16/2013           1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:     Boston, Massachusetts                United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)*    _____   .<br><br>Date: _____                               _____<br>                                                                  *Arresting officer's signature*<br><br>                                                                  _____<br>                                                                  *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13Cr10017 JCT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jose Denis                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

_____
*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____      _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  13CI 10017 JLT |
| | ) | |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Carlos Fernandes ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

_____
*Issuing officer's signature*

City and state:   Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )   Case No.  $1\ 3CF/0\ 017JUT$ |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Moises Figueroa                                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:      Boston, Massachusetts

United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____                                      _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>_____<br>Alexis Hidalgo, et al<br>*Defendant* | )<br>)<br>)   Case No.  13 c r ( 1 0 0 1 7 ) JLT<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Hamilton Lopes                                                                                     ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Date: 1/16/2013          1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210                              *Issuing officer's signature*

City and state:      Boston, Massachusetts                   United States Magistrate Judge Robert B. Collings
                                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____ <br><br>                                                    _____<br>                                                    *Arresting officer's signature*<br><br>                                                    _____<br>                                                    *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. $13cr10017JL$ |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Leakana Om                                                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse

Date: 1/16/2013       1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:      Boston, Massachusetts                  United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____                            _____ |
|                                        *Arresting officer's signature* |
| |
|                                        _____ |
|                                        *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) | Case No.   $13cr10017$ JCT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ruth Rivera-Lopes                                                                  ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Date:   1/16/2013      Boston, Massachusetts 02210
                                                                *Issuing officer's signature*

City and state:   Boston, Massachusetts                 United States Magistrate Judge Robert B. Collings
                                                                *Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |

at *(city and state)* _____.

Date:   _____         _____
                                                        *Arresting officer's signature*

                                                        _____
                                                        *Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Alexis Hidalgo, et al<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.  13CR 10017JL1

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Morris Robinson                                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts                    United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )  Case No. $13Cr1$00$17JLT$ |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Martinho Rodrigues                                                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Date: 1/16/2013          Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:      Boston, Massachusetts          United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 13CF10017 JLT |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Victor Scott                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013                                             _____
                                                                              *Issuing officer's signature*

City and state:    Boston, Massachusetts                    United States Magistrate Judge Robert B. Collings
                                                                              *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                                    _____<br>                                                                              *Arresting officer's signature*<br><br>                                                                              _____<br>                                                                              *Printed name and title* |

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. $13cr10017 JGV$ |
| Alexis Hidalgo, et al | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Dulsilina Tavares ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: 1/16/2013

*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 13CT10012 JCT |
| Alexis Hidalgo, et al | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Carl Taylor                                                                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Date: 1/16/2013      1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

_Issuing officer's signature_

City and state:     Boston, Massachusetts            United States Magistrate Judge Robert B. Collings

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
| at _(city and state)_ _____ . |
| |
| Date: _____ |
| _____ |
| _Arresting officer's signature_ |
| |
| _____ |
| _Printed name and title_ |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 13Cr10017JU |
| Alexis Hidalgo, et al | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     John Webbe
,

who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment     [ ] Superseding Indictment     [ ] Information     [ ] Superseding Information     [ ] Complaint
[ ] Probation Violation Petition     [ ] Supervised Release Violation Petition     [ ] Violation Notice     [ ] Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846
Distribution of Cocaine base in violation of 21 U.S.C. § 841(a)(1)

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
Date: 1/16/2013     1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

*Issuing officer's signature*

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13 C f / 0 0 / ? JU |
| Alexis Hidalgo, et al | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    O'Neil Taylor                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date:  1/16/2013

_Issuing officer's signature_

City and state:     Boston, Massachusetts

United States Magistrate Judge Robert B. Collings
_Printed name and title_

---

| Return |
|---|
|     This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ <br> at _(city and state)_ _____ . <br><br> Date: _____          _____ <br>                                            _Arresting officer's signature_ <br><br>                                            _Printed name and title_ |