UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | CRIMINAL NO. 13-10017-JLT |
| ) | |
| **ALEXIS HIDALGO ET AL** ) | |

## NOTICE OF APPEARANCE

Please enter the undersigned's appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

Dated: 1/18/13     By:   /s/ John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3207


## CERTIFICATE OF SERVICE

The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

/S John A. Wortmann, Jr.  1/18/13
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney