# 𝔘nited 𝔖tates 𝔇istrict 𝔒ourt
# 𝔇istrict of 𝔐assachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2013-10017-JLT

(1) ALEXIS HIDALGO, ETC.,
(2) JONATHAN DASILVA, ETC.,
(3) JOHN ALVES, ETC.,
(4) HAMZA AWIL
(5) BENJAMIN BAPTISTA, ETC.,
(6) JEREMIA BARBOSA, ETC.,
(7) MAURICE BARNETT, ETC.,
(8) JACKSON BARROS, ETC.,
(9) MICHAEL BEAL, ETC.,
(10) JOSHUA BRANDAO,
(11) JULIO COLLAZOS,
(12) ILTON CORREIA, ETC.,
(13) JERRY CORREIA
(14) LINO CORREIA,. ETC.,
(15) ALEXANDER DASILVA, ETC.,
(16) JOSE DENIS, ETC.,
(17) CARLOS FERNANDES,
(18) MOISES FIGUEROA, ETC.,
(19) PATRICK GOMES, ETC.,
(20) HAMILTON LOPES, ETC.,
(21) LEAKANA OM,
(22) NICHOLAS OTEY, ETC.,
(23) RUTH RIVERA-LOPES, ETC.,
(24) MORRIS ROBINSON
(25) MARTINHO RODRIGUES, ETC.,
(26) VICTOR SCOTT, ETC.,
(27) DULSILINA TAVARES, ETC.,

(28) CARL TAYLOR, ETC.,
(30) JOHN WEBBE, ETC.,
      Defendants.

# REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

An Initial Status Conference was held on April 16, 2012 at Boston.

The within Report is prepared pursuant to Local Rule 116.5(a). Using the numeration of matters listed in that Local Rule, I report as follows:

(1)(2)    Automatic discovery is ongoing and is expected to be completed by cob June 14, 2013.

(3)    The time period provided in Local Rule 116.3 is ENLARGED to the close of business on July 10, 2013.

(4)    No.

(5)    Whether the defendants will want to file non-discovery motions, such as motions to dismiss or suppress, will be discussed at the Interim Status Conference.

(6)    The United States shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for the defendants *not less than forty-five (45) working days before trial;* the defendant shall comply with his obligations respecting discovery of experts pursuant to Rule 16(b)(1)(C), Fed. R. Crim. P., *not less than twenty-one (21) working days before trial.*

(7)  *See* Second Order of Excludable Delay entered this date.

(8)  The Interim Status Conference is set for **Thursday, July 11, 2013 at 3:00 P.M.**

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

April 16, 2013.