UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATE OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 13-10017-JLT |
| ALEXIS HIDALGO, *et al,*<br>Defendants. | ) ) ) ) | |

**JOINT MOTION TO MODIFY DISCOVERY ORDER**

  Defendants hereby move through undersigned counsel to modify the discovery schedule set forth at the April 26, 2013 Initial Status Conference in the above-captioned case. During that Status Conference, the government represented that automatic discovery was ongoing and anticipated that it would be completed by close of business on June 14, 2013. Based on that representation, the Court set July 10, 2013 as the deadline by which defense counsel must submit requests for additional discovery pursuant to Local Rule 116.3. However, the government's automatic discovery remains ongoing. Moreover, following the Status Conference, Emma M. Greenwood was appointed Coordinating Discovery Attorney for the defendants. As such, the government is making its discovery productions to Ms. Greenwood first, who organizes those materials and distributes them in turn to the individual defendants.

  On July 8, 2013, Ms. Greenwood informed defense counsel, including the undersigned, that she received an additional discovery production from the government on July 5, 2013. Undersigned counsel has not yet received that production, and therefore has not had an opportunity to review it.

Based on the foregoing, Defendants request that the Court extend the deadline for requests for additional discovery to thirty (30) days following the date on which Ms. Greenwood produces to Defendants those materials that the government represents to mark the completion of its automatic discovery in the above-captioned case.

Dated: July 9, 2013

Respectfully Submitted,
By:

| | |
|---|---|
| JOHN ALVES<br>By his Attorney, | PATRICK GOMES<br>By his Attorney, |
| /s/ Emily R. Schulman<br>Emily R. Schulman (BBO # 566374)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>Emily.Schulman@wilmerhale.com | /s/ George F. Gormley<br>George F. Gormley<br>GEORGE F. GORMLEY, P.C.<br>755 East Broadway<br>3rd Floor<br>South Boston, MA 02127<br>617-268-2999<br>617-268-2911 (fax)<br>gfgormley@aol.com |
| JERRY CORREIA<br>By his Attorney, | MICHAEL BEAL<br>By his Attorney, |
| /s/ Debra A. DelVecchio<br>Debra A. DelVecchio<br>DelVecchio & Houseman<br>The Perry Building<br>15 Front Street<br>Salem, MA 01970<br>978-740-5999<br>Fax: 978-740-9434<br>Email: dadelvecchio@verizon.net | /s/ Michele Adelman<br>Michele L. Adelman<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Seaport World Trade Center West<br>Boston, MA 02210<br>617-832-1278<br>Email: madelman@foleyhoag.com |

| | |
|---|---|
| DULSILINA TAVARES<br>By her Attorney,<br><br>/s/ James J. Cipoletta<br>Citizens Bank Building, Suite 307<br>385 Broadway<br>Revere, MA 02151<br>781-289-7777<br>Fax: 781-289-9468<br>Email: jcipoletta@comcast.net | JEREMIA BARBOSA<br>By his Attorney,<br><br>/s/ Leslie Feldman-Rumpler<br>Law Office of Feldman-Rumpler<br>101 Tremont Street<br>Suite 708<br>Boston, MA 02108<br>617-728-9944<br>Email: lfeldmanr@aol.com |
| NICHOLAS OTEY<br>By his Attorney,<br><br>/s/ Jane F. Peachy<br>Jane F. Peachy<br>Federal Public Defender Office<br>District of Massachusetts<br>51 Sleeper Street<br>5th Floor<br>Boston, MA 02210<br>617-223-8061<br>Email: jane_peachy@fd.org | ILTON CORREIA<br>By his Attorney,<br><br>/s/ Mark W. Shea<br>Mark W. Shea<br>Shea & LaRocque<br>Suite 201<br>47 Third Street<br>Cambridge, MA 02141-1265<br>617-577-8722<br>Fax: 617-577-7897<br>Email: markwshea@gmail.com |
| MORRIS ROBINSON<br>By his Attorney,<br><br>/s/ Stephen J. Weymouth<br>Stephen J. Weymouth<br>Law Office of Stephen J. Weymouth<br>Suite 3<br>65a Atlantic Ave<br>Boston, MA 02110<br>617-573-9598<br>Fax: 617-367-1407<br>Email: SWeymouth@SWeymouthLaw.com | ALEXANDER DASILVA<br>By his Attorney,<br><br>/s/ Carlos Jorge Dominguez<br>Carlos Jorge Dominguez<br>343 Commercial Street<br>Boston, MA 02109<br>617-742-2824<br>Fax: 617-720-0707<br>Email: dmngzcarlos@aol.com |

| | |
|---|---|
| MAURICE BARNETT<br>By his Attorney,<br><br>/s/ Keith S. Halpern<br>Keith S. Halpern<br>572 Washington Street<br>Suite 19<br>Wellesley, MA 02482<br>617-722-9952<br>Email: ksh@keithhalpern.com | JOSHUA BRANDAO<br>By his Attorney,<br><br>/s/ David Duncan<br>David Duncan<br>Zalkind Duncan & Bernstein<br>65a Atlantic Ave<br>Boston, MA 02110<br>617-742-6040<br>Fax: 617-742-3269<br>Email: dduncan@zalkindlaw.com |
| HAMZA AWIL<br>By his Attorney,<br><br>/s/ Thomas J. Iovieno<br>Thomas J. Iovieno<br>755 East Broadway<br>3rd Floor<br>South Boston, MA 02127<br>617-464-3300<br>Fax: 617-464-3302<br>Email: tjilaw@yahoo.com | HAMILTON LOPES<br>By his Attorney,<br><br>/s/ Michael F. Natola<br>Michael F. Natola<br>Natola Associates, LLC<br>175 Andover Street<br>Suite 205<br>Danvers, MA 01923<br>978-739-9300<br>Fax: 978-739-9301<br>Email: MNatola@NatolaAssociates.com |
| RUTH RIVERA-LOPES<br>By her Attorney,<br><br>/s/ Liam D. Scully<br>Liam D. Scully<br>101 Summer Street<br>Fourth Floor<br>Boston, MA 02110<br>781-834-4000<br>Fax: 617-439-0325<br>Email: liamdscully@aol.com | JULIO COLLAZOS<br>By his Attorney,<br><br>/s/ Martin K. Leppo<br>Leppo & Leppo<br>7 Christy's Drive<br>Brockton, MA 02301<br>508-580-3733<br>Email: kim2leppo@aol.com |

| JACKSON BARROS | BENJAMIN BAPTISTA |
|---|---|
| By his Attorney, | By his Attorney, |

| /s/ Peter C. Horstmann | /s/ Janice Bassil |
|---|---|
| Peter C. Horstmann | Carney & Bassil |
| Law Offices of Partridge, Ankner & Horstmann, LLP | 20 Park Plaza, Suite 1405 |
| 200 Berkeley Street, 16th Floor | Boston, MA 02116 |
| Boston, MA 02116 | 617-338-5566 |
| 617-859-9999 | Fax: 617-338-5587 |
| Fax: 617-859-9998 | Email: JBassil@CarneyBassil.com |
| Email: pete@horstmannlaw.com | |

| VICTOR SCOTT | MARTINHO RODRIGUES |
|---|---|
| By his Attorney, | By his Attorney, |

| /s/ John G. Darrell | /s/ Inga L. Parsons |
|---|---|
| John G. Darrell | Inga L. Parsons |
| 16 School Street, 2nd Fl. | Inga Parsons Attorney at Law |
| Dedham, MA 02026 | 3 Besson Street, # 234 |
| 781-407-9799 | Marblehead, MA 01945 |
| Fax: 781-407-9798 | 781-581-2262 |
| Email: attyjgd@verizon.net | Fax: 781-842-1430 |
| | Email: inga@ingaparsonslaw.com |

LEAKANA OM
By her Attorney,

/s/ Paul J. Garrity
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
603-434-4106
Fax: 603-437-6473
Email: garritylaw@myfairpoint.net

## LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Emily Schulman, hereby certify that I contacted the government about the proposed modification to the Court's discovery schedule before filing this motion, but have not yet ascertained the government's position on the motion.

                                                             /s/ Emily R. Schulman  
                                                             Emily R. Schulman

## CERTIFICATE OF SERVICE

    I, Emily Schulman, hereby certify that a true and accurate copy of this document was served via ECF on July 9, 2013 to all registered participants as identified on the Notice of Electronic Filing.

                                                             /s/ Emily R. Schulman  
                                                            Emily R. Schulman