**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATE OF AMERICA )<br>)<br>v.                                    )<br>)   Criminal No. 13-10017-JLT<br>ALEXIS HIDALGO, *et al,*         )<br>          Defendants.          )<br>                                        ) | |

**AMENDED JOINT MOTION TO MODIFY DISCOVERY ORDER**

Defendants hereby amend their Joint Motion to Modify Discovery Order [Document 535] to add Defendant Alexis Hidalgo, through his undersigned counsel, as Mr. Hidalgo was inadvertently left off of the original motion.

Defendants move to modify the discovery schedule set forth at the April 26, 2013 Initial Status Conference in the above-captioned case. During that Status Conference, the government represented that automatic discovery was ongoing and anticipated that it would be completed by close of business on June 14, 2013. Based on that representation, the Court set July 10, 2013 as the deadline by which defense counsel must submit requests for additional discovery pursuant to Local Rule 116.3. However, the government's automatic discovery remains ongoing. Moreover, following the Status Conference, Emma M. Greenwood was appointed Coordinating Discovery Attorney for the defendants. As such, the government is making its discovery productions to Ms. Greenwood first, who organizes those materials and distributes them in turn to the individual defendants.

On July 8, 2013, Ms. Greenwood informed defense counsel, including the undersigned, that she received an additional discovery production from the government on July 5, 2013.

Undersigned counsel has not yet received that production, and therefore has not had an opportunity to review it.

Based on the foregoing, Defendants request that the Court extend the deadline for requests for additional discovery to thirty (30) days following the date on which Ms. Greenwood produces to Defendants those materials that the government represents to mark the completion of its automatic discovery in the above-captioned case.

Dated: July 10, 2013

Respectfully Submitted,
By:

| | |
|---|---|
| JOHN ALVES<br>By his Attorney, | PATRICK GOMES<br>By his Attorney, |
| /s/ Alathea E. Porter<br>Emily R. Schulman (BBO # 566374)<br>Alathea E. Porter (BBO # 661100)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>Emily.Schulman@wilmerhale.com<br>Alathea.Porter@wilmerhale.com | /s/  George F. Gormley<br>George F. Gormley<br>GEORGE F. GORMLEY, P.C.<br>755 East Broadway<br>3rd Floor<br>South Boston, MA 02127<br>617-268-2999<br>617-268-2911 (fax)<br>gfgormley@aol.com |
| JERRY CORREIA<br>By his Attorney, | MICHAEL BEAL<br>By his Attorney, |
| /s/ Debra A. DelVecchio<br>Debra A. DelVecchio<br>DelVecchio & Houseman<br>The Perry Building | /s/ Michele Adelman<br>Michele L. Adelman<br>Foley Hoag LLP<br>155 Seaport Boulevard |

| | |
|---|---|
| 15 Front Street | Seaport World Trade Center West |
| Salem, MA 01970 | Boston, MA 02210 |
| 978-740-5999 | 617-832-1278 |
| Fax: 978-740-9434 | Email: madelman@foleyhoag.com |
| Email: dadelvecchio@verizon.net | |

| | |
|---|---|
| DULSILINA TAVARES | JEREMIA BARBOSA |
| By her Attorney, | By his Attorney, |
| | |
| /s/ James J. Cipoletta | /s/ Leslie Feldman-Rumpler |
| Citizens Bank Building, Suite 307 | Law Office of Feldman-Rumpler |
| 385 Broadway | 101 Tremont Street |
| Revere, MA 02151 | Suite 708 |
| 781-289-7777 | Boston, MA 02108 |
| Fax: 781-289-9468 | 617-728-9944 |
| Email: jcipoletta@comcast.net | Email: lfeldmanr@aol.com |

| | |
|---|---|
| NICHOLAS OTEY | ILTON CORREIA |
| By his Attorney, | By his Attorney, |
| | |
| /s/ Jane F. Peachy | /s/ Mark W. Shea |
| Jane F. Peachy | Mark W. Shea |
| Federal Public Defender Office | Shea & LaRocque |
| District of Massachusetts | Suite 201 |
| 51 Sleeper Street | 47 Third Street |
| 5th Floor | Cambridge, MA 02141-1265 |
| Boston, MA 02210 | 617-577-8722 |
| 617-223-8061 | Fax: 617-577-7897 |
| Email: jane_peachy@fd.org | Email: markwshea@gmail.com |

| | |
|---|---|
| MORRIS ROBINSON | ALEXANDER DASILVA |
| By his Attorney, | By his Attorney, |
| | |
| /s/ Stephen J. Weymouth | /s/ Carlos Jorge Dominguez |
| Stephen J. Weymouth | Carlos Jorge Dominguez |
| Law Office of Stephen J. Weymouth | 343 Commercial Street |
| Suite 3 | Boston, MA 02109 |
| 65a Atlantic Ave | 617-742-2824 |
| Boston, MA 02110 | Fax: 617-720-0707 |
| 617-573-9598 | Email: dmngzcarlos@aol.com |

Fax: 617-367-1407
Email: SWeymouth@SWeymouthLaw.com

| | |
|---|---|
| MAURICE BARNETT<br>By his Attorney, | JOSHUA BRANDAO<br>By his Attorney, |
| /s/ Keith S. Halpern<br>Keith S. Halpern<br>572 Washington Street<br>Suite 19<br>Wellesley, MA 02482<br>617-722-9952<br>Email: ksh@keithhalpern.com | /s/ David Duncan<br>David Duncan<br>Zalkind Duncan & Bernstein<br>65a Atlantic Ave<br>Boston, MA 02110<br>617-742-6040<br>Fax: 617-742-3269<br>Email: dduncan@zalkindlaw.com |
| HAMZA AWIL<br>By his Attorney, | HAMILTON LOPES<br>By his Attorney, |
| /s/ Thomas J. Iovieno<br>Thomas J. Iovieno<br>755 East Broadway<br>3rd Floor<br>South Boston, MA 02127<br>617-464-3300<br>Fax: 617-464-3302<br>Email: tjilaw@yahoo.com | /s/ Michael F. Natola<br>Michael F. Natola<br>Natola Associates, LLC<br>175 Andover Street<br>Suite 205<br>Danvers, MA 01923<br>978-739-9300<br>Fax: 978-739-9301<br>Email: MNatola@NatolaAssociates.com |
| RUTH RIVERA-LOPES<br>By her Attorney, | JULIO COLLAZOS<br>By his Attorney, |
| /s/ Liam D. Scully<br>Liam D. Scully<br>101 Summer Street<br>Fourth Floor<br>Boston, MA 02110<br>781-834-4000<br>Fax: 617-439-0325<br>Email: liamdscully@aol.com | /s/ Martin K. Leppo<br>Leppo & Leppo<br>7 Christy's Drive<br>Brockton, MA 02301<br>508-580-3733<br>Email: kim2leppo@aol.com |

| | |
|---|---|
| JACKSON BARROS<br>By his Attorney, | BENJAMIN BAPTISTA<br>By his Attorney, |
| /s/ Peter C. Horstmann<br>Peter C. Horstmann<br>Law Offices of Partridge, Ankner & Horstmann, LLP<br>200 Berkeley Street, 16th Floor<br>Boston, MA 02116<br>617-859-9999<br>Fax: 617-859-9998<br>Email: pete@horstmannlaw.com | /s/ Janice Bassil<br>Carney & Bassil<br>20 Park Plaza, Suite 1405<br>Boston, MA 02116<br>617-338-5566<br>Fax: 617-338-5587<br>Email: JBassil@CarneyBassil.com |
| VICTOR SCOTT<br>By his Attorney, | MARTINHO RODRIGUES<br>By his Attorney, |
| /s/ John G. Darrell<br>John G. Darrell<br>16 School Street, 2nd Fl.<br>Dedham, MA 02026<br>781-407-9799<br>Fax: 781-407-9798<br>Email: attyjgd@verizon.net | /s/ Inga L. Parsons<br>Inga L. Parsons<br>Inga Parsons Attorney at Law<br>3 Besson Street, # 234<br>Marblehead, MA 01945<br>781-581-2262<br>Fax: 781-842-1430<br>Email: inga@ingaparsonslaw.com |
| LEAKANA OM<br>By her Attorney, | ALEXIS HIDALGO<br>By his Attorney, |
| /s/ Paul J. Garrity<br>Paul J. Garrity<br>14 Londonderry Road<br>Londonderry, NH 03053<br>603-434-4106<br>Fax: 603-437-6473<br>Email: garritylaw@myfairpoint.net | /s/ Robert L. Sheketoff<br>Robert L. Sheketoff<br>One McKinley Square<br>Boston, MA 02109<br>617-367-3449<br>Fax: 617-723-1710<br>Email: sheketoffr@aol.com |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Emily Schulman, hereby certify that I contacted the government about the proposed amendment and the proposed modification to the Court's discovery schedule before filing this motion, but have not yet ascertained the government's position on the motion.

/s/ Emily R. Schulman
Emily R. Schulman

## CERTIFICATE OF SERVICE

I, Alathea Porter, hereby certify that a true and accurate copy of this document was served via ECF on July 10, 2013 to all registered participants as identified on the Notice of Electronic Filing.

/s/ Alathea Porter
Alathea E. Porter