# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                CRIMINAL NO. 2013-10017-JLT

(1) ALEXIS HIDALGO, ETC.,
(2) JONATHAN DASILVA, ETC.,
(3) JOHN ALVES, ETC.,
(4) HAMZA AWIL
(5) BENJAMIN BAPTISTA, ETC.,
(6) JEREMIA BARBOSA, ETC.,
(7) MAURICE BARNETT, ETC.,
(8) JACKSON BARROS, ETC.,
(9) MICHAEL BEAL, ETC.,
(10) JOSHUA BRANDAO,
(11) JULIO COLLAZOS,
(12) ILTON CORREIA, ETC.,
(13) JERRY CORREIA
(14) LINO CORREIA,. ETC.,
(15) ALEXANDER DASILVA, ETC.,
(16) JOSE DENIS, ETC.,
(17) CARLOS FERNANDES,
(18) MOISES FIGUEROA, ETC.,
(19) PATRICK GOMES, ETC.,
(20) HAMILTON LOPES, ETC.,
(21) LEAKANA OM,
(22) NICHOLAS OTEY, ETC.,
(23) RUTH RIVERA-LOPES, ETC.,
(24) MORRIS ROBINSON

```
(25) MARTINHO RODRIGUES, ETC.,
(26) VICTOR SCOTT, ETC.,
(27) DULSILINA TAVARES, ETC.,
(28) CARL TAYLOR, ETC.,
(30) JOHN WEBBE, ETC.,
            Defendants.
```

# ORDER

COLLINGS, U.S.M.J.

The time within which the defendants may make requests to the Government for additional discovery pursuant to L.R. 116.3 based on discovery provided by the Government to date is ENLARGED to the close of business on *December 4. 2013.  NO FURTHER ENLARGEMENTS SHALL BE GRANTED*.[1] The Government is to respond to all letter requests as soon as practicable but in no event later than the close of business on *Monday, December 18, 2013.*

**COUNSEL ARE REMINDED THAT ANY MOTIONS TO COMPEL BASED ON THE GOVERNMENT'S REFUSAL TO ACCEDE TO A REQUEST MUST BE FILED WITHIN 14 DAYS AFTER RECEIPT OF THE GOVERNMENT'S RESPONSE.** See L.R. 116.3(g).

All non-discovery type pre-trial motions must be filed *on or before the*

---

[1] Any party may file a request for leave to serve discovery requests based on discovery provided after December 4, 2013.

*close of business on Friday, January 31, 2014.*

Counsel are directed to report for a FINAL STATUS CONFERENCE on <u>**TUESDAY, FEBRUARY 11, 2014 at 3:00 P.M.**</u>

/s/ *Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

November 20, 2013.