UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|              Plaintiff | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 13-10017-RWZ |
| | ) | |
| ALEXIS HIDALGO et al, | ) | |
|              Defendant. | ) | |

ASSENTED TO MOTION TO EXCLUDE TIME

The United States of America, through undersigned counsel, respectfully moves this Honorable Court to exclude, under the Speedy Trial Act, the time period from February 11, 2014, through the trial date currently scheduled for March 2, 2015.  The defendants assent to this motion.  As grounds for the motion, the government states as follows:

According to the docket the time from the date of the defendants' initial appearance on January 17, 2013 through the date of the Final Status Conference held on February 11, 2014 has been already excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A).  The time from February 11, 2014 through the date of the trial currently set for March 2, 2015, should be excluded pursuant to 18 U.S.C.§ 3161 (h)(7)(D) and 18 U.S.C.§ 3161 (h)(7)(A) as there are several pretrial motions pending and the ends of justice are served as the majority of the parties are working towards possible resolution of the case or trial.

For the foregoing reasons, the United States respectfully requests that this Motion be allowed and that the Court exclude the time from February 11, 2014 through March 2, 3015, under the Speedy Trial Act.  All remaining defendants have assented to this motion.

                                    Respectfully submitted,

                                    CARMEN M. ORTIZ
                                  United States Attorney

By:    /s/ Emily Cummings
        EMILY CUMMINGS
        Assistant U.S. Attorney

Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicates as non-registered participants on this date.

Dated: November 18, 2014                /s/ Emily Cummings
                                        EMILY CUMMINGS