UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 13-10017-RWZ |
| | ) |
| JOSE DENIS | ) |

## DISMISSAL OF
## JOSE DENIS FROM THE SUPERSEDING INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts, Carmen M. Ortiz, hereby dismisses Jose Denis from the Superseding Indictment in this matter, charging him with conspiracy to distribute cocaine base, cocaine, marijuana and oxycodone in violation of 21U.S.C. §846. As reason therefore, the government states that a recent assessment of the evidence as well as new evidence reveal that it is no longer in the interest of justice to proceed in this matter.

Respectfully submitted,

3/24/15
Date

*Carmen M. Ortiz*
CARMEN M. ORTIZ
United States Attorney

*Emily Cummings*
Emily Cummings
Assistant U.S. Attorney

Leave to File Granted:

*Rya W. Zobel*
Rya W. Zobel, Judge
United States District Court
3/30/15